IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR164 |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO GARCIA-ESTRADA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for permission to file out-of-time (Filing No. 19).  The Court notes the motion is unopposed and should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted.  The sentencing memorandum and index of evidence are deemed timely filed.

DATED this 7th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court